Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103.67 | $103.67 |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Penalties on minimum corporate income tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City of Napa**<br>**955 School Street**<br>**Napa, CA 94559** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| Debtor | **VinePals, Inc.** | Case number (if known) | **21-10258** |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,032.96** | **$6,032.96** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll tax penalties and interest** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Bob and Jolenne O'Meara**<br>**51 Vista Marin Dr.**<br>**San Rafael, CA 94903** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Real property lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Brion Wise**<br>**Post Office Box 1741**<br>**Sonoma, CA 95476** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$425,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Convertible loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Caldwell Vineyard**<br>**270 Kreuzer Ln**<br>**Napa, CA 94559** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Convertible loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Clearbanc/Clearco Marketing**<br>**CLEAR FINANCE TECHNOLOGY CORP**<br>**2810 N CHURCH ST #68100**<br>**Wilmington, DE 19802-4447** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Line of credit** | |
| | Last 4 digits of account number **9441** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Comcast Corporation**<br>**Comcast Center**<br>**1701 JFK Blvd**<br>**Philadelphia, PA 19103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **Utility** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Debtor | VinePals, Inc. | Case number (if known) | 21-10258 |
|---|---|---|---|---|
| | | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address<br>**Dave Watson**<br>**PO BOX 6622**<br>**Napa, CA 94559** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Convertible loan__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Diane Schillinger**<br>**801 Mahala Dr**<br>**Waterloo, IL 62298** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Convertible loan__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**DirecTV**<br>**2230 E. Imperial Hwy**<br>**El Segundo, CA 90245** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __0002__ | Basis for the claim: __Satellite TV services__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Jaime Lamb**<br>**PO BOX 6622**<br>**Napa, CA 94559** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Convertible loan__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Joshua Bergman**<br>**801 Mahala Dr**<br>**Waterloo, IL 62298** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Convertible loan__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>**Kabbage/KServicing**<br>**Small Business Administration**<br>**Director, Records Management Divison**<br>**409 3rd St. SW**<br>**Washington, DC 20416** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,802.23 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __5629__ | Basis for the claim: __Business loan--stimulus__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>**Kathryn Marissa Aquilla**<br>**1901 Yountville Cross Rd Unit D**<br>**Yountville, CA 94599** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Convertible loan__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | **VinePals, Inc.** | Case number (if known) 21-10258 |
| | Name | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Mary Miner/Roy Bukstein<br>135 MAIN STE STE 1140<br>San Francisco, CA 94105<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Convertible loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $225,000.00 |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Michael Bergman/Capital Raises<br>PO BOX 6622<br>Napa, CA 94559<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Convertible loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>PayPal Business Loan<br>3505 Silverside Road<br>Wilmington, DE 19810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,415.95 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>PayPal Loan PayPal/Loanbuilder<br>c/o Swift Financial<br>3505 Silverside Rd<br>Wilmington, DE 19810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan--stimulus<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40,729.88 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>PayPal Loan PayPal/Loanbuilder<br>3505 Silverside Rd<br>Wilmington, DE 19810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan--stimulus<br><br>Is the claim subject to offset? ■ No ☐ Yes | $13,415.95 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>PayPal Loan PayPal/Loanbuilder<br>3505 Silverside Rd<br>Wilmington, DE 19810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business loan--stimulus<br><br>Is the claim subject to offset? ■ No ☐ Yes | $11,727.37 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Peder Nedergaard<br>PO BOX 6622<br>Napa, CA 94559<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Convertible loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |

| | Debtor | VinePals, Inc. | Case number (if known) | 21-10258 |
|---|---|---|---|---|
| | | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address<br>SBA<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,900.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **EIDL loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address<br>Steve Yaklich<br>PO BOX 6622<br>Napa, CA 94559 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Convertible loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address<br>Tim Bergman<br>1011 Round Hill Cir.<br>Napa, CA 94558 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Convertible loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address<br>Travis Reep<br>5755 North Point Parkway, Suite 87<br>Alpharetta, GA 30022 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Convertible loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address<br>U.S. Small Business Administration<br>c/o Swift Financial<br>3505 Silverside Rd<br>Wilmington, DE 19810 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **PPP loan (DUPLICATE)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Conserve Service Group, Inc<br>P.O. Box 6320<br>Aurora, IL 60598-0320 | Line **2.3**<br>☐ Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,136.63 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,091,091.38 |

| Debtor | VinePals, Inc. | Case number (if known) | 21-10258 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,097,228.01** |

# United States Bankruptcy Court
## Northern District of California

In re  **VinePals, Inc.**  
Debtor(s)

Case No.  **21-10258**  
Chapter  **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing SCHEDULE E/F, consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June  4, 2021**

Signature  **/s/ Timothy M. Bergman**  
**Timothy M. Bergman**  
**President/CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re             Case No.   21-10258

**VinePals, Inc.**

_____ Debtor(s).         /

### AMENDED CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheet, contains the correct, complete and current names and addresses of all amended priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 5, 2021**

                                       **/s/ Craig A. Burnett**
                                       Signature of Debtor's Attorney or Pro Per Debtor

California Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812


City of Napa
955 School Street
Napa, CA 94559


Comcast Corporation
Comcast Center
1701 JFK Blvd
Philadelphia, PA 19103


Conserve Service Group, Inc
P.O. Box 6320
Aurora, IL 60598-0320


DirecTV
2230 E. Imperial Hwy
El Segundo, CA 90245


IRS
P.O. Box 7346
Philadelphia, PA 19101