Jacob M. Faircloth, Esq.
State Bar No. 305390
BLUESTONE FAIRCLOTH & OLSON, LLP
1825 4th Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Email: jacob@bfolegal.com

ATTORNEYS FOR TRUSTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

VinePals, Inc.,

    Debtor.
_____/

Case No. 21-10258-CN
(Chapter 7)

# CHAPTER 7 FINAL APPLICATION FOR
# COMPENSATION BY TRUSTEE'S PRIOR GENERAL COUNSEL

This Application is submitted pursuant to Guideline 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees adopted by the United States Bankruptcy Court for the Northern District of California. Applicant was the Court-appointed general counsel for Timothy W. Hoffman, Chapter 7 trustee ("Trustee") for the estate of VinePals, Inc. ("Debtor") from June 18, 2021, through December 31, 2021. Applicant's firm closed on December 31, 2021 and new general counsel, Bluestone Faircloth & Olson, LLP, was appointed on January 31, 2022.

| | | |
|---|---|---|
| 1. | Date of Filing of Case: | 05/23/2021 |
| 2. | Name of Trustee: | Timothy W. Hoffman |
| 3. | Total Receipts of Trustee: | $42,379 |
| 4. | Present Balance on Hand: | $41,858 |
| 5. | Date of Appointment of Applicant: | 06/18/2021 |
| 6. | Time Period of Application: | 06/18/2021 through 12/31/21 |
| 7. | Hourly Rate of Professionals: | Jacob Faircloth: $360 |
| | | Steve Olson: $530 |
| 8. | Total Hours in this Application: | None billed as courtesy. |

CHAPTER 7 FINAL APPLICATION FOR
COMPENSATION BY TRUSTEE'S GENERAL COUNSEL - Page 1

| | | |
|---|---|---|
| 9. | Total Fees Requested: | $7,061 |
| 10. | Amount Included for Anticipated Appearance at Hearing on Application: | None billed as courtesy. |
| 11. | Total Costs Requested in Application: | $32.25 |
| 12. | Total Fees and Costs Requested: | $7,093.25 |
| 13. | Brief Description of Services: | |

We assisted the Trustee with various general administrative matters in this case, including employment of professionals, determining whether Debtor's personal property was liened, review and analysis concerning assets of the Debtor, analysis of recoveries and pre-petition transfers, requesting information/documents from the Debtor, and the like.

We also assisted the Trustee with selling all unencumbered personal property of the Debtor, which was negotiated via private sale to a principal in the Debtor. We prepared the bill of sale and court documents relating to this matter. Ultimately, this sale was approved by the Bankruptcy Court and then subject to overbids. I believe that the overbid process was a huge success.

A detailed billing statement, including costs, is attached hereto as Exhibit 1.

DATED: May 11, 2022   BLUESTONE FAIRCLOTH & OLSON, LLP

/S/ Jacob M. Faircloth
By_____
Jacob M. Faircloth
ATTORNEY FOR TRUSTEE

## CERTIFICATION

I, Jacob M. Faircloth, declare:

1. I am over eighteen (18) years old, have personal knowledge of, and am competent to testify as to the matters set forth hereinbelow.

2. I was previously associate attorney with the Law Office of Steven M. Olson ("SMO"). SMO closed on December 31, 2021. SMO was the Court-approved general counsel for Timothy W. Hoffman, Chapter 7 trustee ("Trustee") for the estate of the Debtor, with such employment effective on November 3, 2021. On January 20, 2022,

our new firm, Bluestone Faircloth & Olson, LLP ("BFO"), became newly Court-approved general counsel for the Trustee. I am a partner and attorney with BFO. All time set forth hereinabove is for my time and Mr. Olson's time as attorneys for SMO working for the Trustee.

3. I am familiar with and have read the above Application, and the facts therein are true and correct to the best of my knowledge, information, and belief. A true and correct copy of our statement of time entries, and costs, is attached hereto as Exhibit 1.

4. SMO has not been paid or promised any compensation from any other source for services rendered in connection with this case.

5. SMO has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

6. To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals set forth by the United States Bankruptcy Court for the Northern District of California.

7. This Application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

8. The compensation and expense reimbursement sought herein were billed at rates no less favorable than those customarily billed by Applicant and generally accepted by Applicant's clients.

9. Attached hereto as Exhibit "2," and by this reference incorporated herein, is a copy of my email to the Trustee advising him of his right to contest allowance of the requested fees and costs. Copies of the Application, and this Certification, will be served on the Trustee and U.S. Trustee at the time of filing.

I declare under the penalty of perjury under the laws of the United States and of

the State of California that the foregoing is true and correct, and that this Certification was executed this 11th day of May of 2022, in Santa Rosa, CA.

By: _*/S/ Jacob M. Faircloth*_
  Jacob M. Faircloth

CHAPTER 7 FINAL APPLICATION FOR
COMPENSATION BY TRUSTEE'S PRIOR GENERAL COUNSEL- Page 4

## CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Bluestone Faircloth & Olson, LLP, 1825 Fourth Street, Santa Rosa, CA 95404.

On May 11, 2022, I served the within

## CHAPTER 7 FINAL APPLICATION FOR COMPENSATION BY TRUSTEE'S GENERAL PRIOR COUNSEL

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California. Although the envelope was deposited on the date of execution of this declaration, it is likely that the deposit was after the last pick-up by the United States Postal Service on the day of mailing.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

/X/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on May 11, 2022.

By: _____/S/ Jacob M. Faircloth_____
Jacob M. Faircloth

## SERVICE LIST

Timothy W. Hoffman, Trustee
Email: twh1761@yahoo.com

Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

**CHAPTER 7 FINAL APPLICATION FOR COMPENSATION BY TRUSTEE'S PRIOR GENERAL COUNSEL**- Page 5

# EXHIBIT 1

# Law Office of Steven M. Olson

*50 Old Courthouse Square*
*Suite 401*
*Santa Rosa, CA 95404*
*(707) 575-1800*

---

Invoice submitted to:
Timothy W. Hoffman
P.O. Box 1761
Sebastopol, CA USA


May 10, 2022


In Reference To: VinePals, Inc.
Invoice #11689


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/18/2021 | JMF | billable time<br>Preparation of ex parte application to employ general counsel and declaration in support thereof. | 0.30<br>360.00/hr | 108.00 |
|  | JMF | billable time<br>Preparation of proposed order granting ex parte application to employ general counsel. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with client attaching employment papers. | 0.10<br>360.00/hr | 36.00 |
|  | SMO | billable time<br>Review of correspondence from client re his emails with Ms. Aquilla re possible purchase of assets of debtor. | 0.10<br>530.00/hr | 53.00 |
|  | SMO | billable time<br>Online search at California Secretary of State re debtor, including review of most recent statement of information. | 0.30<br>530.00/hr | 159.00 |
|  | JMF | billable time<br>Receipt and review of CPA Pierotti's employment papers. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with CPA Pierotti re employment. | 0.10<br>360.00/hr | 36.00 |

|   |   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 6/18/2021 | SMO | billable time<br>Correspondence with CSC re scope of desired UCC search. | | 0.10<br>530.00/hr | 53.00 |
|  | JMF | billable time<br>Receipt and review of petition, schedules and tax return of Debtor. | | 0.30<br>360.00/hr | 108.00 |
| 6/21/2021 | SMO | billable time<br>Westlaw UCC search with Delaware Secretary of State. | | 0.40<br>530.00/hr | 212.00 |
|  | SMO | billable time<br>Correspondence with client re UCC search result. | | 0.10<br>530.00/hr | 53.00 |
|  | SMO | billable time<br>Review of correspondence from CSC re quote for UCC search. | | 0.10<br>530.00/hr | 53.00 |
| 6/22/2021 | JMF | billable time<br>Correspondence with client re possible acceptance of offer to purchase assets of debtor and subsequent sale motion; Review of correspondence from client re same. | | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Draft email correspondence to Ms. Aquilla re her offer to purchase property of the debtor and issues re same. | | 0.30<br>360.00/hr | 108.00 |
| 6/23/2021 | SMO | billable time<br>Conference with staff re possible sale of assets to Ms. Aquilla. | | 0.10<br>530.00/hr | 53.00 |
| 6/25/2021 | JMF | billable time<br>Review of correspondence from Ms. Aquilla re details concerning possible acquisition of VinePals' assets. | | 0.20<br>360.00/hr | 72.00 |
|  | JMF | billable time<br>Correspondence with client re correspondence from Ms. Aquilla re possible purchase of assets (two emails); Review of correspondence from client re same. | | 0.20<br>360.00/hr | 72.00 |

|            |     |                                                                                                              | Hrs/Rate       | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|----------------|--------|
| 6/25/2021  | JMF | billable time<br>Review of correspondence from client to Ms. Aquilla re acquisition of assets of Debtor and issues re same. | 0.10<br>360.00/hr | 36.00 |
| 6/28/2021  | JMF | billable time<br>Review and revise proposed order granting employment of general counsel. | 0.10<br>360.00/hr | 36.00 |
|            | JMF | billable time<br>Correspondence with CPA Pierotti re case status. | 0.10<br>360.00/hr | 36.00 |
| 6/30/2021  | JMF | billable time<br>Receipt and review of issued order granting employment of general counsel. | 0.10<br>360.00/hr | 36.00 |
| 7/5/2021   | JMF | billable time<br>Review of correspondence from client to Ms. Aquilla re possible purchase of Debtor's assets. | 0.10<br>360.00/hr | 36.00 |
| 7/6/2021   | JMF | billable time<br>Receipt and review of notice of possible dividends. | 0.10<br>360.00/hr | 36.00 |
|            | SMO | billable time<br>Review of correspondence between trustee and Ms. Aquilla re her potential purchase of assets. | 0.10<br>530.00/hr | 53.00 |
| 7/16/2021  | JMF | billable time<br>Correspondence with client re status and strategy re possible sale of assets. | 0.10<br>360.00/hr | 36.00 |
| 7/20/2021  | JMF | billable time<br>Review of correspondence from client re requests to make from Debtor. | 0.10<br>360.00/hr | 36.00 |
|            | JMF | billable time<br>Correspondence with attorney Burnett re review and availability of digital assets for prospective buyer. | 0.20<br>360.00/hr | 72.00 |

Timothy W. Hoffman                                                                                      Page        4

|            |     |                                                                                                                                                  | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 7/20/2021  | JMF | billable time<br>Correspondence with Ms. Aquilla re prospective purchase and review of assets.                                                   | 0.10<br>360.00/hr | 36.00  |
| 7/28/2021  | JMF | billable time<br>Review of correspondence from attorney Burnett re possible sale of business assets.                                             | 0.10<br>360.00/hr | 36.00  |
| 7/29/2021  | JMF | billable time<br>Review of correspondence from attorney Burnett re possible purchase of debtor's assets.                                         | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Review of correspondence from client re principal's possible purchase of Debtor's assets (two emails); Correspondence with client re same. | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re response to his email re offer to purchase assets and relating issues.                   | 0.20<br>360.00/hr | 72.00  |
| 7/30/2021  | JMF | billable time<br>Review of correspondence from attorney Burnett re agreement to purchase assets of debtor (two emails).                          | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re next steps concerning sale (two emails).                                                | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Draft preparation of bill of sale.                                                                                               | 0.50<br>360.00/hr | 180.00 |
|            | JMF | billable time<br>Correspondence with client re asset sale; Review of correspondence from client re same.                                         | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Draft preparation of motion to sell personal property of the debtor via private sale, subject to overbids.                      | 0.90<br>360.00/hr | 324.00 |

Timothy W. Hoffman  Page     5

|            |     |                                                                                                                                                             | Hrs/Rate          | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/30/2021  | JMF | billable time<br>Draft preparation of declaration of Trustee in support of motion to sell personal property of the debtor via private sale, subject to overbids. | 0.70<br>360.00/hr | 252.00 |
|            | JMF | billable time<br>Draft preparation of notice and opportunity for hearing on motion to sell personal property of the debtor via private sale, subject to overbids. | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Correspondence with client attaching draft sale papers for review and consideration. | 0.10<br>360.00/hr | 36.00  |
| 8/2/2021   | JMF | billable time<br>Receipt and proof of claim filed by SBA.                                                                                                   | 0.10<br>360.00/hr | 36.00  |
| 8/9/2021   | JMF | billable time<br>Correspondence with client re sale motion.                                                                                                 | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Review of voice messages from client re sale of assets; Telephone call with client's office re same; Correspondence with client re same and issues re same. | 0.30<br>360.00/hr | 108.00 |
|            | JMF | billable time<br>Review and revise sale papers re feedback from client and re incorporation information re alternative offer. | 0.40<br>360.00/hr | 144.00 |
|            | JMF | billable time<br>Review of correspondence from client re suggested revisions to sale papers. | 0.10<br>360.00/hr | 36.00  |
| 8/10/2021  | JMF | billable time<br>Final review and revise sale papers re feedback from client and re incorporation information re alternative offer. | 0.50<br>360.00/hr | 180.00 |
|            | JMF | billable time<br>Correspondence with client re revised sale papers.                                                                                         | 0.10<br>360.00/hr | 36.00  |

Timothy W. Hoffman                                                                                                    Page     6

|            |     |                                                                                                                                                                                     | Hrs/Rate        | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/10/2021  | JMF | billable time<br>Correspondence with Ms. Aquilla re accepted offer to acquire bk estate property and overbid process (two emails); Review of correspondence from Ms. Aquilla re same. | 0.10<br>360.00/hr | 36.00  |
| 8/23/2021  | JMF | billable time<br>Review of correspondence from Ms. Aquilla to Mr. Hoffman re request to bid and obtain non-compete; Correspondence from Mr. Hoffman to Ms. Aquilla re same.            | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with client re emails from Ms. Aquilla.                                                                                                              | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with Ms. Aquilla re further requests and issues regarding non-compete.                                                                                 | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Legal research re issues raised by Ms. Aquilla with respect to her offer to purchase property, including request for non-compete by principal in Debtor.             | 0.60<br>360.00/hr | 216.00 |
| 8/30/2021  | JMF | billable time<br>Review of correspondence from Ms. Andersen re overbid re motion to sell property (two emails).                                                                        | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with client re overbid re motion to sell property (three emails); Review of correspondence from client re same (two emails).                           | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Correspondence with Ms. Andersen re her overbid.                                                                                                                    | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Telephone call with Ms. Andersen re her overbid.                                                                                                                    | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re overbid received and need for telephonic auction.                                                                            | 0.10<br>360.00/hr | 36.00  |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2021 | JMF | billable time<br>Correspondence with Ms. Aquilla re overbid process; Review of correspondence with Ms. Aquilla re same. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with Ms. Aquilla re overbid process. | 0.10<br>360.00/hr | 36.00 |
| 9/1/2021 | JMF | billable time<br>Review of correspondence from Ms. Andersen re telephone auction and assets (two emails); Correspondence with Ms. Andersen re same. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with client re telephonic auction (two emails); Review of correspondence from client re same. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with attorney Burnett re telephonic auction (three emails); Review of correspondence from attorney Burnett re same (three emails) | 0.20<br>360.00/hr | 72.00 |
|  | JMF | billable time<br>Correspondence with attorney Burnett re status and transferability of assets; Review of correspondence from attorney Burnett re same. | 0.10<br>360.00/hr | 36.00 |
| 9/2/2021 | JMF | billable time<br>Review of correspondence from Ms. Andersen re possible issues with assets. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with client re correspondence from Ms. Andersen re possible issues with assets (two emails); Review of correspondence from client re same. | 0.10<br>360.00/hr | 36.00 |
|  | JMF | billable time<br>Correspondence with attorney Burnett re issues with assets and correspondence from Ms. Andersen regarding same; Review of correspondence from attorney Burnett re same. | 0.20<br>360.00/hr | 72.00 |
|  | JMF | billable time<br>Correspondence with Ms. Andersen re response to her inquiries regarding the sale and assets; Review of correspondence from Ms. Andersen re | 0.10<br>360.00/hr | 36.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                           | Hrs/Rate         | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
|            |     | same.                                                                                                                                                                                                                                                                                                                                     |                  |        |
| 9/3/2021   | JMF | billable time<br>Review of correspondence from Ms. Andersen re auction; Correspondence with Ms. Andersen re auction.                                                                                                                                                                                                                      | 0.20<br>360.00/hr | 72.00  |
| 9/7/2021   | JMF | billable time<br>Correspondence with attorney Burnett re amended sale motion (two emails); Review of correspondence from attorney Burnett re same.                                                                                                                                                                                        | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Preparation of amended sale papers, including motion, declaration, and notice and opportunity for hearing.                                                                                                                                                                                                               | 0.60<br>360.00/hr | 216.00 |
|            | JMF | billable time<br>Correspondence with client re amended sale papers (three emails); Review of correspondence from client re same (three emails).                                                                                                                                                                                           | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Correspondence with Ms. Andersen re amended sale motion papers; Review of correspondence from Ms. Andersen re same.                                                                                                                                                                                                      | 0.10<br>360.00/hr | 36.00  |
| 9/13/2021  | JMF | billable time<br>Review of correspondence from client to Ms. Aquilla re issues involving sale of assets and Mr. Bergman (three emails); Review of correspondence from Ms. Aquilla re same (three emails); Correspondence with client re same (two emails); Review of correspondence from client re same (two emails); Correspondence with Ms. Aquilla re same. | 0.40<br>360.00/hr | 144.00 |
| 9/14/2021  | JMF | billable time<br>Draft correspondence to attorney Burnett re allegations and issues raised by Ms. Aquilla concerning Debtor's assets; Correspondence with client re same.                                                                                                                                                                 | 0.30<br>360.00/hr | 108.00 |
| 9/17/2021  | JMF | billable time<br>Review of correspondence from attorney Burnett re response from Mr. Bergman in response to allegations by Ms. Aquilla, including providing various exhibits and attachments; Receipt and review of same; Correspondence with attorney Burnett re same; Correspondence with client re same.                               | 0.40<br>360.00/hr | 144.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate         | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 9/20/2021  | JMF | billable time<br>Correspondence with client re status and strategy and issues involving sale.                                                                                                                                                                                                                                   | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re auction.                                                                                                                                                                                                                                                               | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with bidder, Ms. Andersen, re auction.                                                                                                                                                                                                                                                          | 0.10<br>360.00/hr | 36.00  |
| 9/22/2021  | JMF | billable time<br>Review of correspondence from Ms. Andersen re auction.                                                                                                                                                                                                                                                         | 0.10<br>360.00/hr | 36.00  |
| 9/28/2021  | JMF | billable time<br>Correspondence with client re overbids and auction (two emails); Review of correspondence from client re same.                                                                                                                                                                                                 | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re overbids and auction (two emails); Review of correspondence from attorney Burnett re same.                                                                                                                                                                             | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with Ms. Andersen re auction and details after prevailing bidder is determined (two emails); Review of correspondence from Ms. Andersen re same (two emails).                                                                                                                                   | 0.10<br>360.00/hr | 36.00  |
| 9/30/2021  | JMF | billable time<br>Review of correspondence from attorney Burnett re auction and auction date (two emails); Correspondence with client re auction date (two emails); Review of correspondence from client re same (two emails); Correspondence with attorney Burnett re same; Correspondence with Ms. Andersen re same; Review of correspondence from Ms. Andersen re same. | 0.30<br>360.00/hr | 108.00 |
| 10/5/2021  | JMF | billable time<br>Arrange Zoom re auction; Correspondence with clients and parties re auction, details, and zoom.                                                                                                                                                                                                                | 0.20<br>360.00/hr | 72.00  |

Timothy W. Hoffman      Page 10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/7/2021 | JMF | billable time<br>Receipt and review of Ms. Aquilla's proof of claim. | 0.10<br>360.00/hr | 36.00 |
| 10/11/2021 | JMF | billable time<br>Review of correspondence from attorney Burnett re auction and his questions; Correspondence with attorney Burnett re same. | 0.20<br>360.00/hr | 72.00 |
| | JMF | billable time<br>Review of correspondence from client re auction (three emails); Correspondence with client re same (three emails). | 0.20<br>360.00/hr | 72.00 |
| | JMF | billable time<br>Attendance at zoom auction. | 0.30<br>360.00/hr | 108.00 |
| | JMF | billable time<br>Correspondence with Ms. Andersen re conclusion of auction (two emails); Review of correspondence from Ms. Andersen re same. | 0.20<br>360.00/hr | 72.00 |
| | JMF | billable time<br>Preparation of ex parte motion for order granting amended sale motion, with declaration in support thereof. | 0.50<br>360.00/hr | 180.00 |
| | JMF | billable time<br>Preparation of proposed order granting amended sale motion. | 0.30<br>360.00/hr | 108.00 |
| | JMF | billable time<br>Correspondence with client re conclusion of auction. | 0.10<br>360.00/hr | 36.00 |
| | JMF | billable time<br>Correspondence with attorney Burnett re conclusion of auction. | 0.10<br>360.00/hr | 36.00 |
| 10/12/2021 | JMF | billable time<br>Telephone call and brief conference with Ms. Andersen re return of deposit. | 0.10<br>360.00/hr | 36.00 |
| 10/13/2021 | JMF | billable time<br>Receipt and review of returned order granting sale motion re price issue. | 0.10<br>360.00/hr | 36.00 |

|            |     |                                                                                                                                                                                                                      | Hrs/Rate         | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 10/13/2021 | JMF | billable time<br>Correspondence with Courtroom Deputy re returned order re sale motion and issue re same; Staff conference re same; Review of correspondence from Courtroom Deputy re same.                          | 0.20<br>360.00/hr | 72.00  |
|            | JMF | billable time<br>Review and revise proposed order re sale motion.                                                                                                                                                    | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Review of correspondence from attorney Burnett re wire information to wire funds from sale; Correspondence with attorney Burnett re same.                                                           | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Review of correspondence from attorney Burnett re issue with order granting sale motion; Correspondence with attorney Burnett re same (two emails).                                                 | 0.20<br>360.00/hr | 72.00  |
| 10/14/2021 | JMF | billable time<br>Receipt and review of issued order granting sale motion.                                                                                                                                            | 0.10<br>360.00/hr | 36.00  |
|            | JMF | billable time<br>Correspondence with attorney Burnett re order granting sale and possible bill of sale.                                                                                                              | 0.10<br>360.00/hr | 36.00  |
| 10/15/2021 | JMF | billable time<br>Review of correspondence from attorney Burnett re wire of funds; Review of correspondence between Mr. Bergman and attorney Burnett re same (three emails); Correspondence with attorney Burnett re same. | 0.20<br>360.00/hr | 72.00  |
| 10/18/2021 | JMF | billable time<br>Correspondence with attorney Burnett re sale.                                                                                                                                                       | 0.10<br>360.00/hr | 36.00  |
| 10/26/2021 | JMF | billable time<br>Review of correspondence from client re status and assets; Correspondence with client re same.                                                                                                      | 0.10<br>360.00/hr | 36.00  |
| 11/29/2021 | JMF | billable time<br>Receipt and review of Trustee's filed report of sale.                                                                                                                                               | 0.10<br>360.00/hr | 36.00  |

Timothy W. Hoffman                                                                                                           Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **For professional services rendered** |  |  | **19.00** | **$7,061.00** |

Additional Charges :

|  |  |  |  | Qty/Price |  |
|---|---|---|---|---|---|
| 8/10/2021 | JMF | E108 Postage<br>Postage. |  | 35<br>0.51 | 17.85 |
|  | JMF | E101 Copying<br>Photocopies |  | 72<br>0.20 | 14.40 |

**Total additional charges**                                                                                                   **$32.25**

**Total amount of this bill**                                                                                                   **$7,093.25**

Balance due                                                                                                                    $7,093.25

Client funds transactions

| | |
|---|---|
| **Previous balance of Law Ofc. of SMO Trust Acct.** | **$0.00** |
| 10/18/2021 Payment to trust account from buyer of assets. | $30,000.00 |
| 10/19/2021 Withdrawal from trust account to remit funds to client per check no. 1170. | ($30,000.00) |
| **New balance of Law Ofc. of SMO Trust Acct.** | **$0.00** |

# EXHIBIT 2

# Jacob Faircloth

| | |
|---|---|
| **From:** | Jacob Faircloth |
| **Sent:** | Tuesday, May 10, 2022 2:59 PM |
| **To:** | 'twh1761@yahoo.com' |
| **Cc:** | Steve Olson |
| **Subject:** | In re VinePals, Inc. - Fee Applications |
| **Attachments:** | 5-10-22 Short Form Application for Compensation - SMO.wpd; 5-10-22 Short Form Application for Compensation - BFO.wpd |

Dear Tim:

    We are about to finalize, file and serve you and the U.S. Trustee with our final Fee Applications in the VinePals, Inc. matter—both for BFO and Steve's closed firm. This email will be an exhibit to my declaration in support of the Applications. For your information, I've attached draft copies of the Applications.

    The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. I invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

    If you have any questions, please do not hesitate to contact me. Thank you!

    Thank you.

Jacob

**Jacob M. Faircloth**
**Bluestone Faircloth & Olson, LLP**
**1825 Fourth Street**
**Santa Rosa, CA 95404**
**Phone: (707) 526-4250**